IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KHAZHAK NAVOYAN                                                 PLAINTIFF

vs.                            CIVIL NO. 3:16CV00034-MPM-DAS

BRENDA LEWIS, WILLIAM PREWETT,                 DEFENDANTS
and SAMUEL B. ORMAN

## ORDER SUBSTITUTING THE UNITED STATES OF AMERICA FOR THE DEFENDANTS

This matter is before the court on the United States of America's motion (#6) to substitute itself for the named individual defendants pursuant to 28 U.S.C. § 2679(d)(1)&(2). The Court, having been fully apprised that the Attorney General's designee has certified that the Defendants, Brenda Lewis, William Prewett, and Samuel B. Orman, were acting within the scope of their employment at the time of the incidents giving rise to this suit, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** that pursuant to the provisions of 28 U.S.C. § 2679(d)(1)(2) the claims set forth in the Complaint against Defendants, Brenda Lewis, William Prewett, and Samuel B. Orman, are dismissed with prejudice on the grounds that the exclusive remedy for these claims, if any, against Brenda Lewis, William Prewett, and Samuel B. Orman, are an action against the

United States of America, and because the United States of America has been substituted as the only Defendant on the claims as to the Defendants, Brenda Lewis, William Prewett, and Samuel B. Orman.

**IT IS FURTHER ORDERED** that the caption of this action shall be amended to reflect the substitution of the United States of America as to the claims against Brenda Lewis, William Prewett, and Samuel B. Orman.

**SO ORDERED** this the 2nd day of March, 2016.

/s/ Michael P. Mills
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI